**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Ernest Rosario, | ) | |
| | ) | Civil Action No.: 2:04-23369-12 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TIG Insurance Co., TIG Specialty | ) | |
| Insurance Co., United Truckers | ) | |
| Association, and the Trustee of the TIG | ) | |
| Motor Carriers Insurance Trust Fund, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

On May 5, 2005, the plaintiff filed a motion requesting permission to amend the complaint by naming American Interstate Insurance Company as a defendant in the caption of the complaint. The basis of the plaintiff's motion is that American Insurance Company was named in the body of the complaint but mistakenly omitted from the caption. The defendants consent to this proposed amendment, and the Court, therefore, grants the plaintiff's motion. Fed. R. Civ. P. 15(a). The plaintiff must file and serve the amended complaint within 10 days of the date of this order.

**AND IT IS SO ORDERED**.

_____
**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

May 13, 2005
Charleston, South Carolina